FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 FEB 19 PM 1:07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR 64 |
| vs. | INDICTMENT |
| BENJAMIN DELANY, | 18 U.S.C. § 111(a)(1)&(b) |
| Defendant. | |

The Grand Jury charges:

### COUNT I

On or about May 22, 2019, in the District of Nebraska, the defendant, BENJAMIN DELANY, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with C.H., a person assisting an officer and employee of the United States, that is, deputies with the United States Marshal's Service, while engaged in and on account of the performance of their official duties, such acts involving physical contact, to wit: defendant punched C.H. in the face, and involved bodily injury, to wit: swelling, redness, bruising and physical pain to his face.

In violation of Title 18, United States Code, Section 111(a)(1)&(b).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MATT E. LIERMAN
Assistant U.S. Attorney